IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JERRY SUITER, JR., Inmate #B20895,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **CIVIL NO. 06-052-JPG** |
| **CINDY GUERRETTAZ, GREG** ) | |
| **LAMBERT, ASSISTANT WARDEN** ) | |
| **BRADFORD, ASSISTANT WARDEN** ) | |
| **WILKERSON, and ALAN UCHTMAN,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. On April 19, 2006, the Court granted Plaintiff's motion, assessing an initial partial filing fee as required by 28 U.S.C. § 1915(b)(1). On June 7, 2006, when no payment had been received, the Court ordered Plaintiff to show cause why this action should not be dismissed for his failure to comply with a court order (Doc. 9). Plaintiff has failed to comply with or even respond to that order; therefore, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of the Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | | |
|---|---|---|
| August 23, 2006 | By: | s/ J. Phil Gilbert |
| *Date* | | *District Judge* |